# NO. 12-18-00246-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *OLD REPUBLIC INSURANCE COMPANY,*<br>*APPELLANT* | § | *APPEAL FROM THE 124TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *ROSIE MARY BOOKER,*<br>*APPELLEE* | § | *GREGG COUNTY, TEXAS* |

### *MEMORANDUM OPINION*
### *PER CURIAM*

Appellant Old Republic Insurance Company filed an unopposed motion to dismiss this appeal because the parties settled their dispute. No decision has been delivered in this appeal. Accordingly, Appellant's motion to dismiss is granted, and the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.1(a). As requested in the unopposed motion, we direct the Gregg County District Clerk to release the supersedeas bond filed by Appellant. The surety for Appellant, Old Republic Surety Company, is discharged from its liability on the supersedeas bond. Costs on appeal are taxed against the party incurring them.

Opinion delivered November 28, 2018.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

### NOVEMBER 28, 2018

### NO. 12-18-00246-CV

**OLD REPUBLIC INSURANCE COMPANY,**
Appellant
V.
**ROSIE MARY BOOKER,**
Appellee

Appeal from the 124th District Court
of Gregg County, Texas (Tr.Ct.No. 2016-248-B)

THIS CAUSE came on to be heard on the agreed motion of the Appellant to dismiss the appeal herein, and the same being considered, it is the opinion of this court that the motion to dismiss be **granted**.

It is therefore ORDERED, ADJUDGED and DECREED by this court that this appeal be, and the same is, hereby **dismissed** and that all costs of this appeal be, and the same are, adjudged against the party that incurred them; for which execution may issue; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*